**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| FIFTH THIRD BANK, NATIONAL ASSOCIATION, | ) ) ) | |
| Plaintiff, | ) ) ) | Case No. 1:24-cv-03030 |
| v. | ) ) | |
| BOSTON MARKET CORPORATION, US FOODS, INC; GREENRDIGE PLAZA 674, LLC; STATE OF ARIZONA, DEPARTMENT OF REVENUE; BEN E. KEITH COMPANY; METROPOLITAN INVESTMENT GROUP OF WHEATON, LLC; STATE OF NEW MEXICO, TAXATION AND REVENUE DEPARTMENT; RFTC 1 CORP.; SAMSON MCA LLC; SCARSDALE CENTRAL COMPANY, LLC, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**SUPPLEMENTAL CERTIFICATE OF SERVICE**

I, Elizabeth Janczak, an attorney, hereby certify that on this 16th day of August, 2024, I served a true and correct copy of the minute order entered at docket number 56 via U.S. Mail upon the parties listed below.

**U.S. Mail Service List**

Boston Market Corporation
c/o The Corporation Trust Company, Registered Agent
Corporation Trust Center, 1209 Orange St.
Wilmington, DE 19801

State of Arizona, Department of Revenue
c/o Officer or Agent
1600 W. Monroe
Phoenix, AZ 85007

State of New Mexico, Taxation and Revenue Department
c/o Officer or Agent
408 Galisteo Street
Santa Fe, NM 87501

1

RFTC 1 Corp.
c/o The Corporation Trust Company, Registered Agent
Corporation Trust Center, 1209 Orange St.
Wilmington, DE 19801

Scarsdale Central Company, LLC
c/o Esco Properties Inc., Agent
340 Royal Poinciana Way, Suite 317/400
Palm Beach, FL 33480


 Dated:  August 16, 2024                     US FOODS, INC.


                                        By: /s/ Elizabeth L. Janczak
                                            One of Its Attorneys

                                   David J. Doyle
                                   Shelly A. DeRousse
                                   Elizabeth L. Janczak
                                   SMITH GAMBRELL & RUSSELL LLP
                                   311 South Wacker Drive, Suite 3000
                                   Chicago, Illinois 60606-6677
                                   Telephone:  312.360.6000
                                   Facsimile:   312.360.6520
                                   ddoyle@sgrlaw.com
                                   sderousse@sgrlaw.com
                                   ejanczak@sgrlaw.com

                                   *Attorneys for Plaintiff*